# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| La'Sandra B. Jenkins, | )   Bankruptcy No. 12 B 19786 |
| | ) |
| Debtor(s) | ) |
| | ) |

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above captioned case for status hearing on __July 25, 2013 at 10:30 a.m.__ in courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Michael K. Desmond, is to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date: JUN 0 4 2013

In re: La'Sandra B. Jenkins
Bankruptcy No. 12 B 19786

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on JUN 0 4 2013, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Courtroom Deputy

### Electronic Service through CM/ECF System

*Trustee*

**Michael K Desmond**
mkd.trustee@fslegal.com


*Debtor's Attorney*

**Patrick J. Semrad**
psemrad@robertjsemrad.com


*U.S. Trustee*
USTPRegion11.ES.ECF@usdoj.gov


### Served through First Class Mail

*Debtor(s)*

**La'Sandra B. Jenkins**
9120 S. Halsted, 2W
Chicago, IL 60620